[Criminal No. 98.]

In the Matter of the Application of CHARLES SALINE for a Writ of Habeas Corpus, Appellant, v. THE UNITED STATES OF AMERICA, Respondent.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai.   John J. Hawkins, Judge.

R. E. Sloan, and H. D. Ross, for Appellant.

E. E. Ellinwood, U. S. District Attorney, and J. C. Herndon, for Respondent.

July 11, 1894.   Writ denied.